UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   GREGORY G SHEPARD<br>   LUCIA R GOULART<br><br>                             Debtors | CASE NO: 06-33855<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100310**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 19/ 47 | NEW CENTURY FINANCIAL SERVICES<br>% PRESSLER AND PRESSLER<br>16 WING DRIVE 2ND FLR<br>CEDAR KNOLLS, NJ  07927 | 93.32 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/26/2011

Certificate of Service    06-33855

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| GREGORY G SHEPARD<br>2082 MAUE ROAD<br>MIAMISBURG, OH  45342 | LUCIA R GOULART<br>70 PATTERSON VILLAGE DRIVE<br>APT 1<br>DAYTON, OH  45419 | JEFFREY R MCQUISTON<br>FIRST NATIONAL PLAZA<br>130 W SECOND ST STE 1818<br>DAYTON, OH  45402 |
| (1031.1n)<br>B LINE LLC<br>MS 550<br>BOX 91121<br>SEATTLE, WA  98111 | (52.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 | (1027.1n)<br>LOUIS VUCCI<br>1135 KANE CONCOURSE<br>5TH FLOOR<br>BAY HARBOUR ISLANDS, FL  33154 |
| (50.1n)<br>LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>BOX 10587<br>GREENVILLE, SC  29603 | (47.1)<br>NEW CENTURY FINANCIAL SERVICES<br>% PRESSLER AND PRESSLER<br>16 WING DRIVE 2ND FLR<br>CEDAR KNOLLS, NJ  07927 | (45.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 |
| (1028.1n)<br>STEVEN M DUNN<br>19 W FLAGLER ST<br>SUITE 618<br>MIAMI, FL  33130 | (51.1n)<br>WORLD FINANCIAL NETWORK NATL<br>% WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE, WA  98121 | |

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv